United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

19cv4640(ENV)(ST)

indicated that this case is related to the following case(s):

19cv4486(BMC)