**919 THIRD AVENUE NEW YORK, NY 10022-3908**

**JENNER&BLOCK** LLP

March 6, 2020

Stephen Ascher
Tel  +1 212 891 1670
Fax +1 212 909 0803
SAscher@jenner.com

**VIA ECF AND OVERNIGHT MAIL**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Re:     *In re Curaleaf Holdings, Inc. Securities Litigation*, No. 1:19-cv-04486-BMC

Dear Judge Cogan:

Pursuant to the November 26, 2019 Stipulated Order (ECF No. 39), Defendants Curaleaf Holdings, Inc., Curaleaf, Inc., Joseph Lusardi, Neil Davidson, and Jonathan Faucher respectfully submit a notice of motion, memorandum of law, and declaration in support of their motion to dismiss the Amended Class Action Complaint.  In light of the Stipulated Order, which adjourned the initial status conference "until after the resolution of [Defendants'] motion to dismiss [the] forthcoming complaint," Defendants have not separately requested a pre-motion conference.  The notice of motion and accompanying documents will be electronically filed as a separate docket entry.



Respectfully,

/s/ Stephen L. Ascher

Stephen Ascher



cc:     All counsel of record (by ECF)


**CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC**                    **WWW.JENNER.COM**