**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re CURALEAF HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:19-cv-04486-BMC |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**
**CURALEAF HOLDINGS, INC., AND CURALEAF, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Curaleaf Holdings, Inc. ("Curaleaf Holdings") and Curaleaf, Inc., states as follows:

Curaleaf Holdings, a publicly-held corporation organized under the Business Corporations Act (British Columbia), has no corporate parent. No publicly-held corporation owns 10 percent or more of Curaleaf Holdings' stock.

Curaleaf, Inc., is a wholly-owned subsidiary of Curaleaf Holdings.

Dated:   New York, New York
         April 28, 2020

Respectfully submitted,

JENNER & BLOCK LLP

By:  /s/ Stephen L. Ascher

Stephen L. Ascher (SA7820)
Andrew J. Lichtman (AL1208)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
Phone: 212-891-1600
Fax: 212-891-1699
sascher@jenner.com
alichtman@jenner.com
*Attorneys for Defendants*

1