**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WARREN BASCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>CURALEAF HOLDINGS, INC., CURALEAF, INC., JOSEPH LUSARDI, NEIL DAVIDSON, and JOHNATHAN FAUCHER,<br><br>                              Defendants. | **Case No. 1:19-cv-04486-BMC** |

## DECLARATION OF WARREN BASCH

I, WARREN BASCH, hereby declare as follows:

1.      I am the lead plaintiff in the Amended Class Action Complaint for Violations of the Federal Securities Laws, dated January 6, 2020, filed in the above-captioned action.

2.      Attached as Exhibit A to this declaration is a true and accurate copy of a letter I received from my broker, Charles Schwab.  The letter, dated May 29, 2020, identifies my purchases of Curaleaf common stock during the Class Period.  For each purchase, the letter lists the trade price rounded to the nearest cent and the total trade cost including commission.  The letter also confirms that I purchased shares of Curaleaf from G1X (G1 Execution Services, LLC).  The letter indicates that the trades were routed to G1X, whose main address is 175 W. Jackson Blvd., Suite 1700, Chicago, IL 60604.

I declare and certify under penalty of perjury that the foregoing facts are true and correct.

Dated: _____6/2/2020_____        _____

                                             Warren Basch



May 29, 2020

Warren Basch and Judianne Basch

████████████

████████████

Account #: ****-*236
Questions: +1 800-378-0685
x54226

---

### Class Action Information

---

Dear Warren Basch,

Please accept this letter as confirmation of the transaction history of Curaleaf Holdings, Inc common stock (CUSIP 23126M102) in the above referenced account.

The number of shares held at the opening of trading on 11/21/2018 – 0 shares.

History of purchases and sales between 11/21/2018 - 07/22/2019
05/03/2019 – Buy – 150 shares – Execution Price - $10.87 –Transaction Total – $1,630.57
05/03/2019 – Buy – 8,350 shares – Execution Price - $10.90 –Transaction Total – $91,019.13
05/03/2019 – Buy – 500 shares – Execution Price - $10.88 –Transaction Total – $5,441.25
05/03/2019 – Buy – 300 shares – Execution Price - $10.88 –Transaction Total – $3,264.75
05/03/2019 – Buy – 600 shares – Execution Price - $10.86 –Transaction Total – $6,516.30
05/03/2019 – Buy – 100 shares – Execution Price - $10.85 –Transaction Total – $1,085.05
05/14/2019 – Buy – 2,200 shares – Execution Price - $10.70 –Transaction Total – $23,542.18
05/14/2019 – Buy – 2,800 shares – Execution Price - $10.70 –Transaction Total – $29,962.77

Number of shares held at the close of trading on 7/22/2019 – 15,000 shares

The transactions listed above were routed to market maker G1X (G1 Execution Services, LLC) and executed by G1X. As of the date of this letter, the main address listed for G1X on FINRA.org is 175 W. Jackson Blvd., Suite 1700. Chicago, IL, 60604.

This website is not affiliated with, sponsored by, or endorsed by Charles Schwab & Co., Inc. It has not been reviewed by Schwab and Schwab makes no representations about its content.

Please note that the transaction dollar amounts for equity sales are reduced by any transaction fees, and the transaction dollar amounts for equity purchases are increased by transaction fees.

*(Continued on next page)*

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00038 () 05/20 SGC31322-40

This letter is for informational purposes only and is not an official record of the account. Please refer to statements and trade confirmations as they are the official record of account transactions.

**Thank you for choosing Schwab.** We appreciate your business and look forward to serving you in the future. If you have any questions, please call me or any Client Service Specialist at +1 800-378-0685 x54226.

Sincerely,

*Deborah Milton*

Deborah Milton
PARTNER SUPPORT TEAM
3000 Schwab Way
FORT WORTH, TX 76262

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00038 () 05/20 SGC31322-40