UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE CURALEAF HOLDINGS, INC.
SECURITIES LITIGATION

                                                                    JUDGMENT
                                                                    19-cv-4486 (BMC)

------------------------------------------------------------ X

A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States

District Judge, having been filed on February 16, 2021, granting Defendant's motion to dismiss;

and dismissing this case; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that this

case is dismissed.

Dated: Brooklyn, NY                                      Douglas C. Palmer
        February 17, 2021                                Clerk of Court


                                        By:     /s/*Jalitza Poveda*
                                                Deputy Clerk